**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

October 12, 2023

**VIA ECF**

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Mazur v UGS Herman LLC*
               Case No.  1:23-cv-08839-MKV

Dear Honorable Vyskocil:

      We represent Defendant UGS Herman, LLC ("Defendant") in the above-reference action. In accordance with Rule I.G of Your Honor's Individual Rules of Practice, we respectfully write to request a seven-day extension, up to and including October 20, 2023, to answer, move, or otherwise respond to complaint. The current deadline to respond is October 13, 2023.  This is Defendant's first request for an extension of time to respond to the Complaint. Defendants respectfully submit this request so that they may be afforded additional time to confer with Plaintiffs' counsel to determine their position regarding Defendant's intended pre-motion conference letter.  The undersigned reached out to Plaintiffs' counsel today regarding this extension request, but has not heard back yet. The undersigned made this request as soon as possible in light of this case being recently assigned to Your Honor.

      Thank you for Your Honor's consideration of this request.

                                 Respectfully submitted,

                                 OGLETREE, DEAKINS, NASH,
                                 SMOAK & STEWART, P.C.

                                 By:  *s/ Kelly M. Cardin*
                                    Kelly M. Cardin

cc:     All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

58752413.v1-OGLETREE