# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Danil Mazur, et al., | ) |
|---|---|
| *Plaintiffs,* | ) |
| v. | ) Case No. 23 Civ. 8839 (MKV) |
| UGS Herman LLC, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs.

Date: 10/13/2023

/s/ Louis Pechman
*Attorney's signature*

Louis Pechman, LP-6395
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
*Address*

pechman@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*