

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

**Kelly M. Cardin**
212-492-2067
kelly.cardin@ogletree.com

November 21, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

**VIA ECF**

The Honorable Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    RE:    ***Danil Mazur, et al. v. UGS Herman, LLC***
            Case No. 1:23-cv-08839-MKV

Dear Judge Vyskocil:

    In light of Plaintiffs' decision not to file an Amended Complaint, Defendant's Motion to Dismiss Plaintiffs' Complaint is ripe for submission. Defendant's Motion is currently due by November 27, 2023. (ECF No. 12). Pursuant to Rule 2(G) of the Court's Individual Rules of Practice in Civil Cases, Defendant files this letter request for two week extension of time to file its Motion to Dismiss, until December 11, 2023. The reason for this extension request is to ensure Defendant has a meaningful opportunity to review the Motion to Dismiss in light of numerous individuals being out of office for the Thanksgiving holiday. This Defendant's first request for an extension.

    Plaintiffs will not be prejudiced by this extension as they have already filed a request for an extension of time to respond to Defendant's Motion to Dismiss, with a proposed response date of January 2, 2024. As such, even with Defendant's proposed deadline of December 11, 2023 to file its Motion to Dismiss, Plaintiffs will still have over three weeks to file a response, which is over a week longer than is provided for in the Local Rules. Further, Plaintiffs' lead counsel has indicated that he will be out of the country through December 10, 2023, and as such will not face any delay as a result of Defendant's requested extension. Plaintiffs' counsel was contacted regarding this extension request and Plaintiffs' counsel has consented to this extension provided that the undersigned is agreeable to an extension of Plaintiffs' response date until January 12, 2024. As such, the parties request that the Court enter an Order amending the briefing schedule as follows:

        Deadline for Defendant to file its Motion to Dismiss:    December 11, 2023

        Deadline for Plaintiffs to file Response to Motion:    January 12, 2024

    Thank you for your consideration of this matter.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Hon. Mary Kay Vyskocil
November 21, 2023

                                       Respectfully Submitted,

                                       OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.

                                       By: */s/ Kelly M. Cardin*
                                           Kelly M. Cardin
                                       599 Lexington Avenue, 17th Floor
                                       New York, New York 10022
                                       212.492.2500
                                       *Attorney for Defendant UGS Herman, LLC*

cc: All counsel of record (by ECF)

---

**GRANTED. Defendant's motion is due December 11, 2023. Plaintiffs' opposition is due January 12, 2024. Defendant's reply is due January 26, 2024. SO ORDERED.**

Date: 11/21/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge